**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 122 MM 2016
:
Respondent :
:
:
:
v. :
:
:
:
BRUCE KENNETH WOODS JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of November, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122(B). Counsel is **DIRECTED** to file the already-prepared Petition for Allowance of Appeal within 5 days.